## JAMES SORDEN v. HOOPER, HOPKINS et al.

Supreme Court. March, 1814.

*Clayton's Notebook, 183.*

An old survey, never returned, coming among title papers and accompanied with possession, [held] evidence of a title. The surveyor's hand was proved by comparison.

*Clayton* and *Brinckle pro querentem. Hall* and *Vandyke* for defendants: